# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

| | |
|---|---|
| **HABIB GHARIB,** | * |
| **Plaintiff,** | * |
| | *      **Case No.: No. 8:17-cv-03476-GJH** |
| **v.** | |
| | * |
| **THE JOURNAL OF THE COMMITTEE** | |
| **ON THE POLITICAL ECONOMY OF** | * |
| **THE GOOD SOCIETY, et al.,** | * |
| | |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S MOTION AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff Habib Gharib ("Plaintiff") , by and through his attorneys, John J. Leppler, Esq. #19736, and the law firm Bowers Law, LLC, pursuant to Fed R. Civ. P. 55(b), federal law, and this Court's local rules, hereby submits Plaintiff's motion and application for entry of default judgment pursuant. In support of this motion for entry of default, Plaintiff relies upon the record in this case, which includes but is not limited to the attached affidavit in support of this motion and application for entry of default judgment, and the attached affidavit of Plaintiff.

Plaintiff respectfully requests for this Honorable Court to order and enter a default judgment against the Defendant the Journal of the Committee on the Political Economy of the Good Society ("Defendant *Journal*") in the amount of Four-Hundred Forty-One Thousand Dollars ($441,000). Should the Court not grant Plaintiff's requested relief sought in this motion for entry of default judgment, Plaintiff respectfully requests for the Court to order and schedule a hearing on this motion pursuant to Fed. R. Civ. P. 55(b), federal law, and this Court's local rules.

1

Respectfully Submitted,

*/s/ John Leppler*

_____

John J. Leppler, Esq. #19736
Bowers Law, LLC
339 E. 25th Street
Baltimore, Maryland 21218
T: (410) 885-6200
E: john@bowerslawmd.com
*Counsel for the Plaintiff Habib Gharib*


<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of November 2019, a copy of the foregoing
Plaintiff's motion and application for entry of default judgment was sent via the Court's ECF
system and served upon the following:

Alexander C. Hortis, Esq.
Assistant Attorney General
Educational Affairs Division
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
ahortis@oag.state.md.us
*Counsel for the Defendant Stephen Elkin*

Anne Ware, Esq.
Assistant Attorney General
Educational Affairs Division
Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202
ahortis@oag.state.md.us
*Counsel for the Defendant the University of Maryland*


Robert P. Floyd, III
Constangy Brooks, Smith & Prophete LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
rfloyd@constangy.com
*Counsel for the Defendant Joshua Miller*

Gary B. Eidelman, Esq.
Saul, Ewing, Arnstein & Lehr, LLP
500 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Gary.eidelman@saul.com
Kimberly.crampton@saul.com (paralegal)
*Counsel for the Defendant Pennsylvania State University*

And sent via first class mail, postage prepaid on November 25, 2019 to:

Trygve Throntveit
The Good Society: A Journal of Civil Studies
The University of Minnesota
178 Pillsbury Drive SE
Room 103A BuH
*Representative of Defendant Journal of the Committee of the Political Economy of the Good Society*

Respectfully submitted,

/s/ *John Leppler*

_____
John J. Leppler, Esq. #19736